WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

―――――――――――――――――――――――――x

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., on behalf of itself and as assignee of LEHMAN BROTHERS INC., | : | |
| | : | |
| Plaintiff, | | |
| -against- | : | Adv. Proc. No. 10-03606 (SCC) |
| STEWART LENDER SERVICES, | : | |
| | : | |
| Defendant. | | |

―――――――――――――――――――――――――x

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" or "Plaintiff"), on behalf of itself and as

assignee of Lehman Brothers Inc. ("LBI"), by and through its undersigned counsel, files this

Notice of Voluntary Dismissal, dismissing the above-captioned adversary proceeding

(the "Adversary Proceeding") against Stewart Lender Services ("Defendant"), and respectfully submits:

1. Plaintiff filed the Adversary Proceeding against Defendant on September 15, 2010.

2. Defendant was served with the Adversary Proceeding.

3. Defendant has not answered the Adversary Proceeding or filed a motion for summary judgment.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable hereto through Federal Rule of Bankruptcy Procedure 7041, Plaintiff hereby gives notice of its voluntary dismissal without prejudice of the Adversary Proceeding against Defendant.

Dated: May 12, 2014
New York, New York

By: /s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Fascimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2