UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., on behalf of itself and as assignee of LEHMAN BROTHERS INC., | |
| Plaintiff, | Adversary Proceeding No. 10-03606 (SCC) |
| v. | |
| STEWART LENDER SERVICES, | |
| Defendant. | Ref. Docket No. 22 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2014, I caused to be served the "Plaintiff's Notice of Voluntary Dismissal," dated May 12, 2014 [Docket No. 22 in Adv. Proc. 10-03606], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the attached Exhibit A,

   b. enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit B, and

   c. enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Christina Siguenza*
Christina Siguenza

Sworn to before me this
13th day of May, 2014
*/s/ Carol Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

# EXHIBIT C

STEWART LENDER SERVICES  
ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE  
1980 POST OAK BLVD  
SUITE 900  
HOUSTON , TX 77056